**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL JOHNSON,**                                                                   **PLAINTIFF**

**v.**                 **CASE NO. 1:11CV00037 BSM/JJV**

**MICHAEL J. ASTRUE, Commisioner,**                         **DEFENDANT**
**Social Security Administration**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant's motion to dismiss [Doc. No. 6] is GRANTED.

2. All pending motions are denied as moot.

Dated this 30th day of September 2011.

                                                                      UNITED STATES DISTRICT JUDGE